## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **MARIE EAST** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **VS.** | § | **Civil Action No. 4:17-CV-01047** |
| | § | |
| **CHEVRON U.S.A., INC.** | § | |
| | § | |
| **Defendant.** | § | |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Ehsan Tabesh of Fisher & Phillips, LLP hereby enters his appearance on behalf of Defendant Chevron U.S.A. Inc. in the above-captioned matter. Mr. Tabesh's Texas bar number is 24083932. His Southern District ID number is 2147834. Teresa Valderrama of Fisher & Phillips, LLP will remain as attorney-in-charge.

Respectfully submitted,

OF COUNSEL:

/s/ *Ehsan Tabesh*

Ehsan Tabesh
FISHER & PHILLIPS LLP
Texas Bar No. 24083932
Southern District ID No. 2147834
etabesh@fisherphillips.com
333 Clay Street, Suite 4000
Houston, Texas 77002
(713) 292-0150 [Main
(713)-292-5627 [Direct]
 (713) 292-0151 [Facsimile]

Teresa Valderrama
Texas State Bar No. 20422500
Southern District ID No. 10687
FISHER & PHILLIPS LLP.
333 Clay Street, Suite 4000
Houston, Texas  77002
(713) 292-5616 [Direct]
(713) 292-0151 [Facsimile]
tvalderrama@fisherphillips.com

ATTORNEY-IN-CHARGE FOR DEFENDANT
CHEVRON U.S.A. INC.

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that the foregoing *Notice of Appearance* was filed on June 23, 2017 in accordance with the e-filing protocols of the United States District Court for the Southern District of Texas and therefore has been served via the Court's CM/ECF system to Plaintiff through her counsel listed below:

> Todd Slobin
> Brian J. Levy
> Shellist, Lazarz, Slobin LLP
> 11 Greenway Plaza, Suite 1515
> Houston, Texas 77046

/s/ *Ehsan Tabesh*
Attorney for Chevron U.S.A. Inc.