IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARIE EAST | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Civil Action No. 4:17-CV-01047 |
| | § | |
| CHEVRON U.S.A., INC. | § | |
| | § | |
| Defendant. | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff Marie East and Defendant Chevron U.S.A. Inc., by and through undersigned counsel, and jointly move this Court to dismiss with prejudice each and every claim asserted by Plaintiff against Defendant in the above-captioned suit. The parties will bear their own costs and fees. Without any party admitting liability or wrongdoing of any kind, the parties have resolved the matters raised in the captioned proceeding.

Respectfully submitted,

/s/ *Todd Slobin*    (by permission)
**TODD SLOBIN**
Shellist Lazarz Slobin LLP
11 Greenway Plaza, Suite 1515
Houston, Texas 77046
Texas Bar No. 24002953
Southern District ID No.: 22701
tslobin@eeoc.net

**ATTORNEY FOR PLAINTIFF**

**TERESA VALDERRAMA**
Texas Bar No. 00797939
Southern District ID No. 10687
**EHSAN TABESH**
Texas Bar No. 24083932
Southern District ID No. 2147834
FISHER & PHILLIPS LLP
910 Louisiana Street
Suite 4000
Houston, TX  77002
Telephone: (713) 292-0150
Facsimile: (713) 292-0151
tvalderrama@fisherphillips.com
etabesh@fisherphillilps.com

**ATTORNEYS FOR DEFENDANT**

1

2

## CERTIFICATE OF SERVICE

      I certify that a true and correct copy of the foregoing document was served via the Court's e-filing system upon all counsel of record as listed below on May 29, 2018.

TODD SLOBIN
Shellist Lazarz Slobin LLP
11 Greenway Plaza, Suite 1515
Houston, Texas 77046

                                  /s/ *Ehsan Tabesh*
                                  Ehsan Tabesh